1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

9
10

UNITED STATES OF AMERICA,

No. 2:14-021-RMP-9

11

                    Plaintiff,

ORDER GRANTING UNOPPOSED
MOTION TO MODIFY

12

vs.

13
14

VONDERICK NOBLE,

15

                    Defendant.

16      Before the Court is Defendant's Motion and Declaration for Modification of

17  Conditions of Release.  ECF No. 1109.

18      Defendant has requested that his Release Conditions be modified so as to

19  allow him to reside in the State of Arkansas pending his sentencing on March 13,

20  2015.

21      Mr. Noble has been on personal recognizance throughout these proceedings

22  and has attended his court hearings and complied with the requests of his Pretrial

23  Services Officer, Anne Sauther.  Neither Ms. Sauther nor the Assistant United

24  States Attorney, Jared Kimball, object to this Motion.

25      **IT IS ORDERED** that Defendant's Motion, **ECF No. 1109**, is **GRANTED**.

26  Paragraph No. 13 of this court's Order Setting Conditions of Release, ECF No.

27  388, is modified to state Defendant shall remain in the Eastern District of

28  Washington or in the State of Arkansas until his sentencing in this matter on March

ORDER - 1

18, 2015, except for travel between the two districts on matters directly related to this case.  All other conditions of release, including supervision by United States Probation previously set shall remain in place.

DATED January 9, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2