PROB 12C
(6/16)

Report Date: October 7, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Vonderick Noble                           Case Number: 0980 2:14CR00021-RMP-9

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: April 23, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute a Controlled Substance, Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed |
| | Date Supervision Commenced: September 16, 2016 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: September 15, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 2, 2016, Mr. Noble violated his conditions of supervised release in Spokane, Washington, by allegedly committing the following crimes: malicious mischief domestic violence, and interfering with the reporting of a domestic violence, case number 16-369196.  The incident report indicates there is probable cause to arrest Mr. Noble for the aforementioned charges. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Noble, Vonderick**
**October 7, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 7, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/7/2016

Date