PROB 12C  
(6/16)

Report Date: December 1, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vonderick Noble      Case Number: 0980 2:14CR00021-RMP-9

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: April 23, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute a Controlled Substance, Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 18 months  <br>TSR - 36 months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards    Date Supervision Commenced: September 16, 2016 |
| Defense Attorney: | Benjamin Flick    Date Supervision Expires: September 15, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/07/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 14**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Noble violated his conditions of supervision by using marijuana. Mr. Noble provided a urine sample on November 29, 2016, which tested presumptive positive for marijuana. He admitted to the undersigned officer that he consumed marijuana and signed a drug use admission form. |

Prob12C
**Re: Noble, Vonderick**
**December 1, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 1, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X]  Defendant to appear before the Judge assigned to the case.
- [ ]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

12/1/2016

Date